158 A.3d 85

COMMONWEALTH of Pennsylvania, Respondent

v.

Jason Eric WALTERS, Petitioner

No. 191 MAL 2016

Supreme Court of Pennsylvania.

September 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**